**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000447**
**09-NOV-2011**
**02:12 PM**

NO. CAAP-11-0000447·

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FIRST HAWAIIAN BANK, a Hawaii Corporation,
Plaintiff-Appellee,
v.
CHADWICK HAWAII DISTRIBUTING, INC., BRUCE CHADWICK,
Defendants-Appellants,
and
JOHN DOES 1-10; JANE DOES 1-10; et al., Defendants

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-0245)

ORDER DENYING HRAP RULE 40 MOTION
TO RECONSIDER OCTOBER 27, 2011 ORDER
DISMISSING APPEAL FOR LACK OF JURISDICTION
(By: Foley, Presiding Judge, Fujise and Reifurth, JJ.)

Upon review of (1) the October 27, 2011 order

dismissing Appeal No. CAAP-11-0000447 for lack of jurisdiction,

(2) Defendants-Appellants Bruce Chadwick and Chadwick Hawaii

Distributing, Inc.'s, (the Chadwick Appellants) November 4, 2011

motion for reconsideration of the October 27, 2011 dismissal

order pursuant to Rule 40 of the Hawai'i Rules of Appellate

Procedure (HRAP), and (3) the record, it appears that we did not

overlook or misapprehend any points of law or fact when we dismissed Appeal No. CAAP-11-0000447 for lack of jurisdiction. Therefore, the Chadwick Appellants' November 4, 2011 HRAP Rule 40 motion for reconsideration of the October 27, 2011 dismissal order lacks merit. Accordingly,

IT IS HEREBY ORDERED that the Chadwick Appellants' November 4, 2011 HRAP Rule 40 motion for reconsideration of the October 27, 2011 dismissal order is denied.

DATED: Honolulu, Hawai'i, November 9, 2011.

Presiding Judge

Associate Judge

Associate Judge

-2-